# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1575.  IN THE INTEREST OF E. T., a child.**

In this case, the appellant raised and the trial court ruled on the issue of whether the appellant's rights to confront the witnesses testifying against him, as found in Art. I, Sec. I, Par. XIV of the Constitution of Georgia and the Sixth and Fourteenth Amendments to the United States Constitution, were violated when the State introduced the adult victim's testimony at his delinquency proceeding via a two-way video-conference. This issue involves construction of the right to confrontation as found in both the state and federal constitutions, over which the Supreme Court of Georgia has exclusive jurisdiction. *Atlanta Indep. Sch. Sys. v. Lane*, 266 Ga. 657, 657, 469 SE2d 22, 24 (1996); 1983 Ga. Const., Art. VI, Sec. VI, Par. II. Further, resolution of this question  has not been directly addressed by the United States Supreme Court or the Supreme Court of Georgia. See *Wrotten v. New York*, 560 U.S. 959 (130 SCt 2520, 177 LEd2d 316) (2010) (this issue was "not obviously answered by *Maryland v. Craig*, 497 U.S. 836" (2010), J. Sotomayor, commenting). Accordingly, Case No. A16A1575 is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/21/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*